# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 413-*LT* |
| Plaintiff | ) ) | CRIMINAL NO. _08MJ 324_ |
| | ) | ORDER |
| vs. | ) ) | RELEASING MATERIAL WITNESS |
| Mayorquin - Escobedo et al., | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States ~~District~~/Magistrate Judge, _Ruben B. Brooks_

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

Jorge Ignacio Aguilera- Coronado

DATED: _2/19/08_

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk